FILED
2018 NOV 27 PM 1:35

Name: ALAMEDA COIN LAUNDRY / SANAA MAHFOOD, IN PRO PER / HASSAN ANTANIOS MAHFOOD, IN PRO PER
Address: 929 S. VICTORY BLVD.
BURBANK, CA. 91502
Phone: (818) 383-9249
Fax:

In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARMEN JOHN PERRI

Plaintiff
v.

ALAMEDA COIN LAUNDRY; THE HASSAN ANTANIOS MAHFOOD AND SANAA MAHFOOD et. al.   Defendant(s).

CASE NUMBER: 2:18-CV-8303 GW (Ex)

WAIVER OF DEFAULT JUDGMENT

(Enter document title in the space provided above)

I AM REQUESTING A WAIVER OF DEFAULT JUDGMENT FROM THE COURT AND YOUR HONOR. I WAS NOT SERVED THE DOCUMENTS PERSONALLY. THE DOCUMENTS WERE JUST LEFT WITH AN EMPLOYEE AT A DIFFERENT BUSINESS NEXT DOOR. I DID NOT RECEIVE THE DOCUMENTS UNTIL I RETURNED BACK INTO TOWN. I SENT A LETTER TO SETTLE TO THE PLAINTIFF'S ATTORNEY, HE DENIED MY OFFER. I DID NOT KNOW I HAD TO ANSWER THROUGH THE COURT. I NOW KNOW I AM IN DEFAULT BUT WOULD LIKE TO ASK THE JUDGE TO ALLOW ME THE OPPORTUNITY TO ANSWER THIS CASE.

Page Number 1   Sanaa

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT