JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COIN LAUNDRY, a business of unknown form; THE HASSAN ANTANIOS MAHFOOD AND SANAA MAHFOOD JOINT LIVING TRUST DATED MARCH 20, 2015; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV 18-8303-GW-Ex<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Alameda Coin Laundry and The Hassan Antanios Mahfood And Sanaa Mahfood Joint Living Trust Dated March 20, 2015 ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 8, 2019

_____
GEORGE H. WU, U.S. DISTRICT JUDGE